**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Robert Kokesch and Myrna Kokesch, husband and wife; and Bobby's World, Inc.,

Plaintiffs,

v.

City of Coon Rapids, a Minnesota municipal corporation; and David Westberg, individually and in his capacity as a Coon Rapids police officer; and John Doe, Richard Roe and certain other unnamed and/or unknown Coon Rapids police officers, individually and in their capacity as Coon Rapids police officers,

Defendants.

Civil File No: 00-CV-1919 (DSD/JMM)

**ORDER**

---

**IT IS HEREBY ORDERED** that pursuant to the foregoing Stipulated Settlement Agreement, the above-captioned matter is hereby dismissed with prejudice and without costs, disbursements or attorneys' fees awarded to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT**

**DAVID S. DOTY**
**Judge of United States District Court**

Dated: 1/16/01

FILED 1-17-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D 1-17-01
DEPUTY CLERK